UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JUANVA NAVARRO,

                Plaintiff,

**Index No.: 12 CV 7625 (WHP)**

**STIPULATION OF DISCONTINUANCE**

              -against-

VINTAGE APPAREL GROUP, LLC., R. SISKIND & COMPANY, INC., DO DENIM, LLC, RICHARD SISKIND, and JON SISKIND,

                Defendants.

    It is hereby stipulated and agreed by and between Plaintiff JUANA NAVARRO and Defendants VINTAGE APPAREL GROUP, LLC, R. SISKIND & COMPANY, INC., DO DENIM, LLC, RICHARD SISKIND, and JON SISKIND, by and through their undersigned counsel, that the above-captioned action is hereby dismissed in its entirety against Defendants, with prejudice.

Dated: February 28, 2013

By:   */s/ Jeanne Christensen, Esq.*
       Jeanne Christensen, Esq.
       IMBESI Christensen
       450 Seventh Avenue, Ste. 3002
       New York, New York 10123
       (212) 736-5588
       **Attorneys for Plaintiff**

By:   */s/ Barry R. Fertel*
       Barry R. Fertel, Esq.
       Law Offices of Barry R. Fertel
       270 North Avenue, Ste. 810
       New Rochelle, NY 10801
       (914) 740-4346
       **Attorneys for Defendants**